No. 84–6293. BLACK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6299. LEWIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6308. CALDWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6336. GAGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6338. LIGON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6341. GREEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.